STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGES OF COMPENSATION CLAIMS
MIAMI DISTRICT OFFICE

Michael Ummberg,
    Employee/Claimant,

vs.

Noble House Hotels & Resorts, Ltd./Sompo
International and Gallagher Bassett Services,
Inc.,
    Employer/Carrier/Servicing Agent.
_____/

OJCC Case No.       24-001581SMS

Accident date:       11/21/2023

Judge: Sylvia Medina-Shore

## MEDIATION SETTLEMENT AGREEMENT

**As a result of the mediation process on May 29th, 2024, the parties reached the following lump-sum settlement** of all rights and obligations under Chapter 440, Florida Statutes:

The E/C/SA agree to pay and the claimant agrees to accept the sum of ▮▮▮▮▮▮▮ inclusive of attorney's fees ▮▮▮▮▮▮▮ and costs, to settle this workers' compensation claim, and any/all accidents with this Employer, in their entirety. The E/C/SA shall advance the claimant ▮▮▮▮▮▮▮ of the settlement proceeds, with the remaining balance of the settlement proceeds payable upon approval of the Motion. The claimant agrees to sign the Workers' Compensation settlement documents. Claimant agrees to execute a General Release, with a carve-out for a 440.205 claim *only*, and separation agreement, with an agreement not to seek re-hire. *Parties agree that all Workers' Compensation benefits cease today. This agreement is full, final & binding upon signing this Mediation Agreement.*

Settlement papers shall be sent to the claimant's attorney within 14 days of today.

This Mediation Agreement was read & shown to the claimant and he understands and agrees with the terms.  The claimant authorizes his attorney, Stephen E. Renick, to sign this Mediation Agreement on his behalf.

*Stephen E. Renick*
_____
CLAIMANT/ CLAIMANT'S ATTORNEY

*Desi Morales*
_____
E/C/SA ATTORNEY