STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGE OF COMPENSATION CLAIMS
MIAMI DISTRICT OFFICE

| | |
|---|---|
| EMPLOYEE:<br>MICHAEL UMBERG<br>417 HECK AVENUE<br>SUMMERLAND KEY, FL 33042 | ATTORNEY FOR EMPLOYEE:<br>STEPHEN E. RENICK, ESQ.<br>LABOVICK LAW GROUP<br>15600 S.W. 288 STREET<br>HOMESTEAD, FL 33033 |
| EMPLOYER:<br>NOBLE HOUSE HOTELS &<br>RESORTS, LTD.<br>28500 OVERSEAS HIGHWAY<br>SUMMERLAND KEY, FL 33042 | ATTORNEY FOR EMPLOYER/CARRIER/S/A:<br>DESI J. MORALES, ESQ.<br>LOPEZ & MORALES, P.A.<br>11606 CITY HALL PROMENADE – STE 201<br>MIRAMAR, FL 33025 |

CARRIER:
SOMPO INTERNATIONAL
11405 NORTH COMMUNITY HOUSE
ROAD, SUITE 60
CHARLOTTE, NC 28277

SERVICING AGENT:
GALLAGHER BASSETT SERVICES, INC.
P.O. BOX 2934
CLINTON, IA 52733

CLAIM NO.:  017067-000293-WC-01
D/A: 11/21/2023
OJCC NO: 24-001581SMS

## SEPARATION AGREEMENT AND RELEASE

**Definitions:**

Waiver – Agreement to relinquish my right to obtain a judgment, a waiver must be voluntary and I must know what I am doing in order for it to be effective. A waiver's effectiveness may be challenged in court.

Releasees – Persons or entities being released of/from liability or other burden.

Release – To discharge a claim or lawsuit; this relinquishes another party, in this case the releasing party the Releasees, from a current obligation or future obligation resulting from a claim or lawsuit.

KNOW ALL PERSONS BY THESE PRESENTS, that I, MICHAEL UMBERG, for consideration in the amount of ONE HUNDRED DOLLARS AND NO CENTS ($100.00), United States Currency, as included in the FULL RELEASE, do for myself, my heirs, agents, representatives, successors, and assigns, hereby forever release, discharge, and surrender any and all claims, whether asserted or not asserted, known or unknown, against NOBLE HOUSE HOTELS & RESORTS, LTD./LITTLE PALM ISLAND, their carriers, insurers, servicing agents, successors, predecessors, assigns, subsidiaries, divisions, holding companies, affiliates, parent companies, client companies, clients, hereinafter referred to as RELEASEES." The term RELEASEES includes but is not limited to all of RELEASEES' officers, agents, servants, employees, directors, attorneys, adjusters, supervisors, managers, officers, directors and any person or entity connected in any nature whatsoever to the RELEASEES without limitation. All parties released hereby are referred to hereinafter as the RELEASEES.

I hereby declare and represent that I am over the age of eighteen (18) and that I am legally competent to execute this SETTLEMENT AGREEMENT AND RELEASE knowingly and voluntarily. I further declare and represent that I have never been declared incompetent by any court, government agency, or any similar body authorized to make such declaration. I acknowledge that no promise or inducement not herein expressed has been made, that I am not relying upon any statement or representation made by RELEASEES, or any agent, physician, doctor, lawyer, or other person

representing the RELEASEES, or any one of the RELEASEES, concerning the nature, extent, or duration of the injuries, losses, or damages here involved, or the legal liability therefor, or concerning any other thing or matter; that the payment of the above mentioned sum is in compromise settlement and full satisfaction of all the above and below mentioned actions, claims, and demands whatsoever.

I have voluntarily terminated my employment with the RELEASEES, effective my last date worked.

I hereby waive and release my right to future claims and/or lawsuits against RELEASEES and forever discharge the RELEASEES from any and all losses, expenses, claims, judgments, costs, past attorneys' fees, expenses, rights, and entitlement, whether known or unknown, that I have now or may later claim to have had against any RELEASEES, without any limitation, on account of anything which has occurred up to the date I sign this SETTLEMENT AGREEMENT AND RELEASE, including, without limitation, those arising out of my employment with the RELEASEES, excluding only my rights to any vested pension benefits. This release includes, but is not limited to, any claims for workers' compensation, including any potential claim pursuant to Section 440.205, Florida Statutes, back and/or front pay, or for recovery of any losses or other damages to me or my property based on any alleged violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq. (prohibiting discrimination on account of race sex, color, national origin, or religion); the Age Discrimination in Employment Act (ADEA) of 1967, 29 U.S.C. Section 621 et seq. (prohibiting discrimination on account of age); the Americans with Disabilities Act of 1990, 42 U.S.C. Section 12101 et seq. (prohibiting discrimination on account of disabilities); any other

federal, state or local statute, regulation, or common law doctrine regarding employment, or discrimination in employment; any disability payments or benefits; any other public programs providing medical expenses, disability payments, or other similar benefits; any and all claims under Medicaid and Medicare; any and all claims for reimbursement or subrogation under any group medical policy, individual medical policy, or any health maintenance organization; any and all claims for reimbursement or subrogation under any health, sickness, or income disability insurance, automobile accident insurance, and any other similar insurance that provides health benefits or income disability coverage; any and all claims for reimbursement of sub-rogation under any contract or agreement with any group, organization, partnership, or corporation which provides for the payment or reimbursement of medical expenses or wages during a period(s) of disability; and any and all actions, claims, or demands whatsoever of any type or nature which may hereafter be brought or asserted against the RELEASEES on account of any injury, loss, or damage that arose, or could arise, from the facts giving rise to the claim being settled hereby.

I agree never to apply for employment or otherwise seek to be hired, rehired, employed, reemployed, or reinstated by the RELEASEES and I hereby waive any reinstatement or future employment with the RELEASEES. As part of the settlement, I specifically waive any present and future claim to reinstatement or employment with RELEASEES at any time in the future. The parties hereto specifically recognize that substantial questions of fact and law exist as to any possible claim or claims (legal, equitable or otherwise) by myself and therefore, as part of this settlement, I further specifically agree, as a condition of my receipt and retention of the sums provided for

herein, not to seek employment with RELEASEES. RELEASEES are under no obligation or duty to consider me for employment in the future. If RELEASEES inadvertently offer employment to me, I will decline such offer, and if I am inadvertently employed I agree that I may be terminated without liability to RELEASEES. If for any reason any part of this agreement is found to be invalid, illegal, unconstitutional, unenforceable, or void it will have no effect on the remaining portions of the agreement, which portions will remain intact and in full force and effect.

I hereby acknowledge receipt of ONE HUNDRED DOLLARS AND NO CENTS ($100.00), United States Currency, as valuable and separate consideration, in exchange for my agreement to sign this SETTLEMENT AGREEMENT AND RELEASE.

Name: MICHAEL UMBERG
Signature: 
Date: 6/17/24
COUNTY OF: Monroe
STATE OF: Florida

BEFORE ME, the undersigned authority, personally appeared, Michael Umberg, who has acknowledged to me that he has executed the foregoing release freely and voluntarily for the uses and purposes therein expressed. WITNESS my hand and seal this 17th day of June, 2024.



NOTARY PUBLIC

MY COMMISSION EXPIRES: 6/5/2027

Name: <u>DESI MORALES, ESQUIRE</u> EMPLOYER REPRESENTATIVE

Signature: _____

Date: _____6/20/24_____

COUNTY OF: _____
STATE OF: _____FL_____

BEFORE ME, the undersigned authority, personally appeared, _____, who has acknowledged to me that he has executed the foregoing release freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and seal this _26_ day of _June_, 2024.

NOTARY PUBLIC _____

MY COMMISSION EXPIRES: _____

[Notary Seal: ANNE GONZALEZ, NOTARY PUBLIC, MY COMMISSION EXPIRES 4-5-2028, STATE OF FLORIDA, COMMISSION NUMBER HH 504061]