## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 4:24-CV-10100

Plaintiff:
**MICHAEL UMBERG,**

vs.

Defendant:
**NOBLE HOUSE HOTELS &
RESORTS, LTD.,**

For:
FAIRLAW FIRM
135 SAN LORENZO AVE.
SUITE 770
CORAL GABLES, FL 33146



KDY2024055066

Received by TYREE SLADE on the 17th day of December, 2024 at 11:50 am to be served on **NOBLE HOUSE HOTELS & RESORTS LTD C/O INCORP SERVICES INC ITS REGISTERED AGENT, 3458 LAKESHORE DRIVE, TALLAHASSEE, FL 32312**.

I, TYREE SLADE, do hereby affirm that on the **18th day of December, 2024** at **11:54 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS AND COMPLAINT** to: **Emory Campbell**  as Administrative assistant, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **3458 LAKESHORE DRIVE, TALLAHASSEE, FL 32312.** on behalf of **NOBLE HOUSE HOTELS & RESORTS LTD**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 200, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**TYREE SLADE**
Process Server 214

**KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 727-4363**

Our Job Serial Number: KDY-2024055066

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b