UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-cv-10100-DPG

MICHAEL UMBERG

    Plaintiff,

v.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Nicholas M. Nash II, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of appearance on behalf of Defendant, NOBLE HOUSE HOTELS & RESORTS, LTD., and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th of January 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant NOBLE HOUSE HOTELS & RESORTS, LTD.*
    9150 South Dadeland Boulevard , Suite 1400
    Miami, Florida 33156
    Telephone 786-268-6785
    Primary e-mail: steven.ehrlich@csklegal.com
    Secondary e-mail: nicholas.nashii@csklegal.com
    Secondary e-mail:  ieshia.owens@csklegal.com

    By: /s/  Nicholas M. Nash II
    STEVEN EHRLICH
    Florida Bar No.: 91409
    NICHOLAS M. NASH II
    Florida Bar No.: 1017063