UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS &
RESORTS, LTD.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Michael Umberg, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 14th day of January 2025.

                                            s/ Patrick Brooks LaRou
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884
                                            *Counsel for Plaintiff*