UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **06/01/2026 in Courtroom 11-1 of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128**. The **Calendar Call** will be held at **9:30 a.m. on Wendesday, 05/27/2026**. A telephonic **Status Conference** will be held at **10:00 a.m. on Wednesday, 10/22/2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **03/30/2025** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **07/01/2025** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **07/01/2025** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **07/15/2025** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **03/07/2025** |
| 6. | Fact discovery shall be completed by | **01/01/2026** |

| | | |
|---|---|---|
| 7. | Expert discovery shall be completed by | **01/01/2026** |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **01/30/2026** |
| 9. | Mediation shall be completed by | **10/03/2025** |
| 10. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **04/01/2026** |
| 11. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **05/01/2026** |

**By:**

| s/ Patrick Brooks LaRou | s/ Nicholas M. Nash, II |
|---|---|
| Brian H. Pollock, Esq. (174742) | Nicholas M. Nash, II, Esq. (1017063) |
| brian@fairlawattorney.com | nicholas.nashII@csklegal.com |
| Patrick Brooks LaRou (1039018) | Steven L. Ehrlich, Esq. (91409) |
| brooks@fairlawattorney.com | steven.ehrlich@csklegal.com |
| FAIRLAW FIRM | COLE, SCOTT & KISSANE, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 9150 S. Dadeland Boulevard, Suite 1400 |
| Coral Gables, Florida 33146 | Miami, Florida 33156 |
| Telephone: (305) 230-4884 | Telephone: (786) 268-6785 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |