UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS &
RESORTS, LTD.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SERVICE
OF FLA. STAT. §768.79 PROPOSAL FOR SETTLEMENT
(COUNT I OF COMPLAINT)**

Plaintiff, Michael Umberg, notices the Court and all parties of the service of his Proposal for Settlement to Defendant, Noble House Hotels & Resorts, Ltd., by email on the date set forth below.

Dated this 13th day of March 2025.

                                                  s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq.
                                                  Fla. Bar No. 174742
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*