UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Michael Umberg, notifies the Court that ninety (90) days have elapsed since the filing of Defendant's Reply In Support of Its Motion To Enforce Settlement Agreement on January 30, 2025 [*see* ECF Nos. 7, 15, 17], without a hearing or ruling thereon.

Dated this 1st day of May 2025.

                                                     Brian H. Pollock, Esq.
                                                     Brian H. Pollock, Esq. (174742)
                                                     brian@fairlawattorney.com
                                                     FAIRLAW FIRM
                                                     135 San Lorenzo Avenue
                                                     Suite 770
                                                     Coral Gables, FL 33146
                                                     Tel:    305.230.4884
                                                     *Counsel for Plaintiff*