UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

## PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff, Michael Umberg, files his Disclosure Statement in compliance with Court's Paperless Order entered May 7, 2025 [ECF No. 21], and the provisions Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, and declares the following names and citizenships of every individual or entity whose citizenship is attributed to him:

| Party or Intervenor Name | Citizenship |
| --- | --- |
| Michael Umberg | Monroe County, Florida |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 7th day of May 2025.

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*