IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL UMBERG,  CASE NO.: 4:24-CV-10100-DPG

    Plaintiff,

v.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, NOBLE HOUSE HOTELS & RESORTS, LTD., hereby files this Corporate Disclosure Statement pursuant to this Court's Order dated May 7, 2025 [D.E. 21], and states as follows:

Noble House Hotels & Resorts, Ltd. is a Texas general partnership. The general partner of Noble House Hotels & Resorts, Ltd. is Westgroup Partner, LLC, a California limited liability company. The limited partner of Noble House Hotels & Resorts, Ltd. is Noble House Associates, LLC, a Delaware limited liability company. Noble House Little Palm Island, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Noble House Hotels & Resorts, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Cole, Scott & Kissane Building
    9150 South Dadeland Boulevard, Suite 1400
    P.O. Box 569015
    Miami, Florida 33256

CASE NO.: 0:23-cv-61936-LMR

Telephone (786) 268-6785
Facsimile (305) 373-2294
Primary e-mail: nicholas.nashII@csklegal.com
Primary e-mail: steven.ehrlich@csklegal.com
Secondary e-mail: josedavid.perez@csklegal.com

By: *s/ Nicholas M. Nash, II*
NICHOLAS M. NASH, II
Florida Bar No.: 1017063
STEVEN L. EHRLICH
Florida Bar No.: 91409