IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL UMBERG,  CASE NO.: 4:24-CV-10100-DPG

    Plaintiff,

v.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

**DEFENDANT'S SUPPLEMENTAL BRIEF ON SUBJECT MATTER JURISDICTION**

Defendant, NOBLE HOUSE HOTELS & RESORTS, LTD., hereby files this Supplemental Brief pursuant to this Court's Order dated July 11, 2025 [D.E. 26], and states as follows:

In *Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004), the Eleventh Circuit "answered the question of how to determine the citizenship of a limited liability company for diversity purposes." The Eleventh Circuit held that "[l]ike a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen." *Id*. The Eleventh Circuit acknowledged that the Supreme Court "held that for purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Id*. at 1021 (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185,195-96 (1990)). In *Rolling Greens*, the Eleventh Circuit held that "[t]o sufficiently allege the citizenship of these unincorporated business entities, a party must list the citizenship of all the members of the limited liability company and all the members of the limited partnership." *Id*.

As stated in Defendant's previous disclosure [ECF No. 25], Noble House Hotels & Resorts, Ltd. is a Texas general partnership. The general partner of Noble House Hotels & Resorts, Ltd. is Westgroup Partner, LLC, a California limited liability company.  The limited partner of Noble House Hotels & Resorts, Ltd. is Noble House Associates, LLC, a Delaware limited liability

CASE NO.: 4:24-CV-10100-DPG

company. Noble House Little Palm Island, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Noble House Hotels & Resorts, Ltd. Below is a detailed listing of the citizenship of each member of each limited liability company in Defendant's ownership chain:

| LLC Name | Member Name | Membership Type (Entity/Individual) | Member's Citizenship |
|---|---|---|---|
| Westgroup Partner, LLC | Noble House Associates, LLC | Entity | Delaware |
| Noble House Associates, LLC | Colee Family Trust | Entity | Washington |
| Noble House Associates, LLC | Westgroup Venture, LLC | Entity | Delaware |
| Noble House Associates, LLC | Noble House Investors, LLC | Entity | Washington |
| Noble House Associates, LLC | Noble House Associates PSP, LLC | Entity | Delaware |
| Noble House Little Palm Island, LLC | Noble House Hotels & Resorts, Ltd. | Entity | Texas |

*[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]*

CASE NO.: 4:24-CV-10100-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (786) 268-6785
> Facsimile (305) 373-2294
> Primary e-mail: nicholas.nashII@csklegal.com
> Primary e-mail: steven.ehrlich@csklegal.com
> Secondary e-mail: josedavid.perez@csklegal.com
>
> By:   *s/ Nicholas M. Nash, II*
>         NICHOLAS M. NASH, II
>         Florida Bar No.: 1017063
>         STEVEN L. EHRLICH
>         Florida Bar No.: 91409