UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO CONTINUE HEARING

Plaintiff, Michael Umberg, by and through the undersigned counsel, respectfully moves this Honorable Court to continue the telephonic hearing scheduled for Wednesday, August 13, 2025, at 10:30 a.m. In support of this motion, Plaintiff states as follows:

1. The Court scheduled a telephonic hearing on the pending issue of its subject matter jurisdiction for Wednesday, August 13, 2025, at 10:30 a.m.

2. Undersigned counsel for the Plaintiff has a scheduling conflict on that date and time and is scheduled to conduct the deposition of a party in a case pending in the Northern District of Florida starting at 10:00 a.m.

3. Consequently, the Plaintiff requests that the Court continue this hearing.

4. Opposing counsel does not oppose this request for a continuance.

5. A continuance is necessary to ensure that the Plaintiff is properly represented at the hearing by the undersigned.

6. The requested continuance of this hearing will prejudice no party.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

7. Plaintiff's counsel contacted the Court's chambers to advise of the scheduling conflict and request the preferred manner of seeking a rescheduling of the hearing, and filed this motion based on that discussion.

8. Plaintiff respectfully requests that the August 13, 2025, telephonic hearing be rescheduled for another date and time at the Court's earliest convenience.

WHEREFORE Plaintiff, Michael Umberg, respectfully requests that this Court enter an order continuing the telephonic hearing presently scheduled for 10:30 a.m. on Wednesday, August 13, 2025, and rescheduling it for a later date and time.

Respectfully submitted this 11th day of August 2025,

s/ Brian H. Pollock
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com