UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10100-GAYLES/GOODMAN

MICHAEL UMBERG,

    Plaintiff,

vs.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER DISSOCIATING COUNSEL**

Plaintiff, Michael Umberg, by and through the undersigned counsel, respectfully moves this Honorable Court to enter an order dissociating Patrick Brooks LaRou, Esq. from his role as counsel in the above-entitled action. In support of this motion, Plaintiff states as follows:

1. Patrick Brooks LaRou, Esq., is no longer associated with FairLaw Firm and has, therefore, ceased to serve as counsel for the Plaintiff in this matter.

2. The undersigned law firm filed Notices of Dissociation and/or Motions to Withdraw to inform the various courts of Mr. LaRou's departure from the firm, but inadvertently failed to do so herein.

3. Defense counsel does not oppose the relief requested, which merely removes an associate attorney formerly employed by the firm from this matter.

4. This motion is not made for delay and will not prejudice any party.

5. Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

WHEREFORE Plaintiff, Michael Umberg, respectfully requests that this Court enter an order dissociating Patrick Brooks LaRou, Esq., as counsel of record in this case.

Respectfully submitted this 11th day of August 2025,

s/ Brian H. Pollock
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com