IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL UMBERG,                                              CASE NO.: 4:24-cv-10100-DPG

    Plaintiff,

v.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO COMPLY WITH ORDER D.E. 32**

NOBLE HOUSE HOTELS & RESORTS, LTD. ("Defendant"), hereby moves to Enlarge the Time to Comply with the Court's Order [D.E. 32], and as grounds therefore states as follows:

1. On August 18, 2025, this Court entered an Order [D.E. 32] requiring Defendant to supplement its response regarding its ownership chain.

2. Defendant requires additional time to comply with the Court's Order.

3. This motion is being filed in good faith and not for the purposes of delay.

WHEREFORE, Defendant, NOBLE HOUSE HOTELS & RESORTS, LTD., respectfully requests this honorable Court to enter an Order granting ten (10) additional days for Defendant to Comply with this Court's Order [D.E. 32].

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for Defendant attempted to confer with counsel for the Plaintiff via email regarding the grounds for this Motion; however, Counsel for Defendant has been unable to determine whether Plaintiff opposes the relief requested in this Motion.

CASE NO.: 4:24-cv-10100-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th of August 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant NOBLE HOUSE HOTELS & RESORTS, LTD.*
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone 786-268-6785
Facsimile 305-373-2294
Primary e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: josedavid.perez@csklegal.com

By: */s/ Nicholas M. Nash II*
NICHOLAS M. NASH II
Florida Bar No.: 1017063

0439.1126-00