IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL UMBERG,                                                       CASE NO.: 4:24-CV-10100-DPG

    Plaintiff,

v.

NOBLE HOUSE HOTELS & RESORTS, LTD.,

    Defendant.
_____/

**SUPPLEMENTAL BRIEF ON DEFENDANT'S OWNERSHIP**

Defendant, NOBLE HOUSE HOTELS & RESORTS, LTD., hereby files this Supplemental Brief pursuant to this Court's Order dated July 11, 2025 [D.E. 26] and this Court's Order dated August 28, 2025 [D.E. 37], and states as follows:

It is well-established that the citizenship of a limited liability company is determined based on the citizenship of its members. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Defendant Noble House Hotels & Resorts, Ltd., is a Texas partnership. The general partner of Defendant Noble House Hotels & Resorts, Ltd., is Westgroup Partner, LLC, a California limited liability company. The limited partner of Defendant Noble House Hotels & Resorts, Ltd., is Noble House Associates, LLC, a Delaware limited liability company. Noble House Little Palm Island, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Noble House Hotels & Resorts, Ltd.

Three different trusts are members of limited liability companies within Defendant Noble House Hotels & Resorts, Ltd.'s ownership chain. The citizenship of a traditional trust is determined by the citizenship of its trustee. *See Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019) (citing *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 383, 136 S.Ct.

CASE NO.: 4:24-CV-10100-DPG

1012, 194 L.Ed.2d 71 (2016)). The trustees of the trusts in Defendant Noble House Hotels & Resorts, Ltd.'s ownership chain are natural persons. For purposes of diversity jurisdiction, a natural person is a citizen of the state in which he or she is domiciled. *See Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013). To promote clarity, all of the limited liability companies in Defendant Noble House Hotels & Resorts, Ltd.'s ownership chain and their citizenships are set forth below:

**Noble House Hotels & Resorts, Ltd.**
    General Partner:    Westgroup Partner, LLC
    Limited Partner:    Noble House Associates, LLC

**Westgroup Partner, LLC**
    Member(s):    Noble House Associates, LLC

**Noble House Associates, LLC**
    Member(s):    Colee Family Trust
                        Westgroup Venture, LLC
                        Noble House Investors, LLC
                        Noble House Associates PSP, LLC

**Westgroup Venture, LLC**
    Member(s):    Colee Family Trust
                        James P. Colee 2012 Family Trust
                        Scott C. Colee 2012 Family Trust

**Noble House Investors, LLC**
    Member(s):    Colee Family Trust
                        James P. Colee, domicile: Washington.
                        Scott C. Colee, domicile: Washington.

**Noble House Associates PSP, LLC**
    Member(s):    NHA PSP Manager, LLC

**NHA PSP Manager, LLC**
    Member(s):    Colee Family Trust

**Colee Family Trust**
    Trustee(s):    Patrick R. Colee, Trustee, domicile: Florida.
                      Diane F. Colee, Trustee, domicile: Florida.

CASE NO.: 4:24-CV-10100-DPG

**James P. Colee 2012 Family Trust**
    Trustee(s):    James P. Colee, Trustee, domicile: Washington.

**Scott C. Colee 2012 Family Trust**
    Trustee(s):    Scott C. Colee, Trustee, domicile: Washington.

**Noble House Little Palm Island, LLC**
    Member(s):    Noble House Hotels & Resorts, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6785
        Facsimile (305) 373-2294
        Primary e-mail: nicholas.nashII@csklegal.com
        Primary e-mail: steven.ehrlich@csklegal.com
        Secondary e-mail: josedavid.perez@csklegal.com

By:  *s/ Nicholas M. Nash, II*
       NICHOLAS M. NASH, II
       Florida Bar No.: 1017063
       STEVEN L. EHRLICH
       Florida Bar No.: 91409